SAMUEL FRIEDBERG, as Administrator of the Estate of DAVID FRIEDBERG, Deceased, Respondent, *v.* GEORGE E. WATSON et al., Appellants, Impleaded with Another.

(Argued June 3, 1930; decided June 13, 1930.)

*Murray G. Jenkins* and *William B. Shelton* for appellants.

*Sidney J. Feltenstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.